# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BIRDIE ASSOCIATES, L.P., A PENNSYLVANIA LIMITED PARTNERSHIP, | : : : : : : : : : : : : : : : : : : : | No. 474 WAL 2016 |
| Petitioner | | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | | |
| CNX GAS COMPANY, LLC, A CORPORTION, A/K/A CONSOLIDATION COAL CO., A CORPORATION AND/OR CONSOL PENNSYLVANIA COAL CO., A CORPORATION, | | |
| Respondent | | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.